UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J EFFREY C ATO,

        Petitioner,

                                            Case No.: 1:08-cv-1146

v.

                                            HONORABLE PAUL L. MALONEY

J OHN P RELESNIK,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that petitioner's motion for leave to supplement his petition (ECF No. 45) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated:  October 19, 2011                       /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge