UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY CATO #376095,<br>　　　　Petitioner,<br><br>-v-<br><br>JOHN PRELESNIK,<br>　　　　Respondent. | No. 1:08-cv-1146<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed Plaintiff's complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Petitioner Jeffrey Cato.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　July 18, 2012　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge